GEIST LAW

Jared A. Geist, Esq. • 25 Main Street - Suite 203 • Hackensack, NJ 07601
Phone: 201.870.1488 • Fax: 201.812.9659 • email: jared@geistlegal.com

*Admitted in: New Jersey, Michigan United States Federal Court Districts of New Jersey and Michigan*
*United States Court of Appeals for the 3rd Circuit*

September 2, 2026

**2:26-cv-10962-** RAMON FERNANDEZ v. WARDEN DELANEY HALL DETENTION FACILITY et al

Dear Judge Kirsch:

This office represents Petitioner in the within matter. **Please accept this as our formal request to withdraw the Habeas Corpus Petition**. Due to immigration issues immigration issues not understood at the time of filing, Petitioner has decided to voluntarily return to Ecuador. If anything further is required to close the case please let me know and I will promptly comply.

Respectfully submitted,

JARED A GEIST ESQ

This case shall be marked CLOSED.

**SO ORDERED.**

Robert Kirsch, U.S.D.J.

DATE: September 3, 2026